# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 22, 2019

## NO. 03-18-00551-CV

**L. Macbeth, Appellant**

**v.**

**Netsanet Temesgen, DDS, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on June 8, 2018. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.